# United States District Court
# District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2014 AUG 14 A 11: 51

__Abdulla Shaikh Shabaz__
Plaintiff

v.

__Manchester Police Dept., Et. Al.__
Defendant(s)

Civil Action No. __1:14-fp-360__
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(X) DEMAND FOR JURY TRIAL
(_) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. Parties

A. Please provide the following information for each plaintiff:

1. Name __Shabaz__   __Abdull__   __S__
   (Last)            (First)      (Initial)

2. Place of Detention __Hillsborough County Dept. of Correction__

3. Institutional Address __445 Willow Street__
   __Manchester, N.H. 03104__

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☒ Pretrial Detention Order
   ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __July 5, 2014__

B. Please provide the full name, current title and address known for each defendant:

1. Name __DOE_____ __JOHN_____ _____
   (Last)                          (First)                   (Initial)

2. Title __MANCHESTER POLICE DEPARTMENT_____

3. Address __351 CHESTNUT STREET_____
   __MANCHESTER, NEW HAMPSHIRE 03104_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: __HATE CRIME " 14TH AMENDMENT_____

Supporting *Facts*: July 19, 2014, THE PLAINTIFF, ABDULL. SHAIKH. SHABAZ, DID RETURN TO HIS APARTMENT AT 165 W. HANCOCK ST #3, MANCHESTER, N.H. 03102. THE PLAINTIFF WAS RELEASED ON July 16, 2014, BY THE HONORABLE: MICHAEL of HILLSBROUG SUPERIOR COURT of MANCHESTER, N.H. THE PLAINTIFF, ABDULL. SHAIKH. SHABAZ, WAS WRITING A MOTION TO A CIVIL COMPLAINT AGAINST A FALSE AND WRONGLY NOTICE OF EVICTION. (2) MANCHESTER POLICE OFFICERS DID COME TO HIS APARTMENT. THE OLDER POLICE STATED THAT HE HAD RECIEVED A COMPLAINT FROM KENNITH EICL AND A LADY THAT I HAD THREATEN EACH AND THAT I WAS STALKING KENNITH EICL, A FALSE REPORT WRITTEN

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                    Page 4

Color of Law (14TH AMENDMENT)

The Manchester, New Hampshire Police Department, have two different laws, one being for all Caucasian as long as the victim is of the Caucasian race and without fact, nor evidence, the arrest of Africa-American, without just cause is made. The abuse of authority by those whom are so the under the color of state law is unjust. Yet unjustice is did daily without fact against Africa-Americans. Africa-Americans are unjustly arrested and is forced into submission thru racist policy that are pushed by those within power by the administration of the City and those in administration of the City of Manchester Police Department. Racist and hidden racism, bias and prejudice is the law that is practice against any person whom is not of the Caucasian race by the City of Manchester, New Hampshire Police Department. The abuse of power is did daily by those whom are within power. The hatard of Africa-Americans and other races of people by the Manchester, New Hampshire Police Department is unjust but is permitted.

HATE CRIME   14TH AMENDMENT

Hidden racism, bias and prejudice is openly practice by the Manchester Police Department. Caucasians commit criminal crimes against Africa-Americans but not any arrest. August 2013, Plaintiff did have a yard sale at, 165 W. Hancock Street Manchester, N.H. 03102. Former tenets, Kaldin and Lorna had given me there air-condition and the beige chair was given to me by Minister: Javis, of Community Miracle Church, 48 Palm Street, Nashua, NH. I didn't sell the air-condition nor the chair, I did place each upon the entrance to the apartments. All during the night and early into the next morning both the chair also air-condition was upon the porch. Cheryl maintance lady for, FDK Properties LLC came to do maintance work. Kenneth Eily stated that "Cheryl" removed the chair/air condition. I asked "Cheryl" whom stated she didn't remove either. May 2014 I seen my chair upon, Kenneth Eily, back porch, and taken my chair and placed it upon the front porch. Kenneth Eily, did call the Manchester Police Department, and the officers stated he recieved a telephone call, that I had threaten, Kenneth Eily, with my walking stick. The next day, Kenneth Eily, then placed my stolen, air-condition within his window.

Allegation 2: ____Color of Law (14) Amendment____

Supporting Facts: MANCHESTER, NEW HAMPSHIRE POLICE DEPARTMENT, WITHOUT FACTS NOR EVIDENCE AND BASED UPON A FALSE REPORT FILED BY KENNITH GILL AND HIS HOMELESS LADY FRIEND. ON JULY 21, 2014 DID ARREST THE PLAINTIFF ABDULL.SHAEKH.SHABAZ, AS HE SAT WITHIN THE GARDEN LOCATED AT, 475 2ND STREET MANCHESTER, N.H. 03102. THIS VIOLATION OF THE PLAINTIFF'S CIVIL RIGHTS IS BASED UP HIDDEN RACISM, BIAS AND PREJUDICE THAT IS THE POLICY OF THE MANCHESTER POLICE DEPARTMENT.

Allegation 3: ____"HATE" CRIME (14) AMENDMENT____

Supporting Facts: KENNITH GILL, A MEMBER OF THE "SON OF ANARCHY" MOTORCYCLE CLUB, DO PRACTICE HATERD AGAINST, AFRICA-AMERICA AND FEMALES OF THE CAUCASIAN RACE WHOM DO HAVE RELATIONSHIP WITH, AFRICA-AMERICANS OR ANY RACE OTHER THAN CAUCASIAN. RACISM AND HATE IS WHAT THE RACIST, KENNITH GILL, DO PRACTICE, BUT DO TO THE PLAINTIFF, BEING OF THE AFRICA-AMERICA RACE. THE MANCHESTER, NEW HAMPSHIRE POLICE DEPARTMENT REFUSE TO INVESTIGATE.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.  Relief  PLAINTIFF ABDULL.SHAEKH.SHABAZ, SEEKS $300,000.00

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary): PLAINTIFF ABDULL.SHAEKH.SHABAZ, THRU FALSE ARREST AND PAIN AND SUFFERING SEEKS $300,000.00 FOR COMPENSATION AND PUNITIVE DAMAGES. AND THE OFFICERS INVOLVED WITHIN THE FILING OF THE FALSE CHARGES LEADING TO THE ARREST OF THE PLAINTIFF BE TERMINATED FROM EMPLOYMENT.

Date: Aug 5, 2014

_____
Signature of Plaintiff

State of New Hampshire        ]
                              ]    ss
County of HILLSBROUGH         ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20___..

_____
Notary Public/Justice of the Peace

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

August 5, 2014
DATE

_____
SIGNATURE

### JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (X)    NO (__)
**(check one only)**

Date: Aug 5, 2014

_____
Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                    Page 6

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ABDULL. SHAIKH, SHABAZ

**DEFENDANTS**
MANCHESTER POLICE DEPT, ET.. AL,

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 AUG 14

(b) County of Residence of First Listed Plaintiff: Hillsborough
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hillsborough
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*: Hillsborough County Attorneys

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
HATE CRIME AND COLOR OF LAW

Brief description of cause: ARRESTED DUE TO RACE.

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 300,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____