UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Abdull Shaikh Shabaz

v.                                     Case No. 14-cv-360-SM

Manchester Police Department and
Manchester Police Officer John Doe

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 1, 2014, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The plaintiff's complaint (doc. no. 1) is hereby dismissed in its entirety.  The Clerk of Court shall enter judgment in

accordance with this order and close the case.

    SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: October 25, 2014

cc: Abdull Shaikh Shabaz, pro se