UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Abdull Shaikh Shabaz</u>

        v.

<u>Manchester Police Department and</u>
<u>Manchester Police Office John Doe</u>

Case No. 14-cv-360-SM

## **J U D G M E N T**

In accordance with the Order by Judge Steven J. McAuliffe entered on October 25, 2014, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone entered on October 1, 2014, judgment is hereby entered.

        By the Court,

        */s/ Daniel J. Lynch*
        _____
        Daniel J. Lynch
        Clerk of Court

Date: October 28, 2014

cc:    Abdull Shaikh Shabaz, pro se